# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint |
| v. | |
| **HANNAH C. DUGAN** | CASE NUMBER **25-MJ-397** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Tony Byal | Hearing Began: <u>10:32 AM</u> |
| Hearing Held: April 25, 2025 at 10:30 AM | Hearing Ended: <u>10:36 AM</u> |

**Appearances:**

UNITED STATES OF AMERICA by: Keith Alexander, Kelly Watzka
HANNAH C. DUGAN, in person, and by: Craig Mastantuono ☐ CJA ☐ FDS ☑ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
　☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☐ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☑ **Preliminary Hearing/Arraignment and Plea set for May 15, 2025 at 9:00 AM**

<u>Maximum Penalties:</u>
Count 1: 1 year imprisonment, $100,000 fine, 1 year SR, $25 SA
Count 2: 5 years imprisonment, $250,000 fine, 3 years SR, $100 SA

Government advises this matter will be presented to the Grand Jury on a date to be determined and is not seeking detention.
Defense protests arrest and does not object to release.

☑ Defendant is released on: ☑ O/R bond ☑ *See* Order Setting Conditions of Release